# LINDQUIST

Minneapolis • Denver • Sioux Falls

**K. Jon Breyer**
(612) 371-3964
jbreyer@lindquist.com
www.lindquist.com

Lindquist & Vennum LLP
80 South Eighth Street
4200 IDS Center
Minneapolis, MN 55402-2274
Phone: (612) 371-3211
Fax: (612) 371-3207

December 9, 2016

*Via ECF*

The Honorable Franklin L. Noel
United States Magistrate Judge
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Noel_chambers@mnd.uscourts.gov

Re:   Impact Sports Management, Inc. v. Baratz, et al.
       Court File No.: 16-cv-2187

Dear Magistrate Judge Noel:

This firm represents Defendants Blake Baratz and The Institute for Athletes, LLC. I write with respect to the Court's Pretrial Scheduling Order and, specifically, the July 1, 2017 trial ready date. I respectfully request that the Court place this matter on for trial prior to June 12, 2017 or after July 17, 2017.

The reason for my request is that I am scheduled to be in Ecuador with my family from June 24, 2017 through July 11, 2017. The conflict did not become apparent to me until I received notice of the judicial reassignment and revisited the Scheduling Order. At that time I realized that I had entered the trial ready date on my calendar for July 2016 rather than July 2017.

I have conferred with Plaintiff's counsel about altering the date and understand that there is no objection to moving the trial date up, but depending on the next available trial date, Plaintiff may have concerns about moving it to a later date in the summer.

To the extent the Court is willing to consider my request, I would appreciate being advised of the alternative trial dates available so that I can further confer with counsel.

Magistrate Judge Noel
December 9, 2016
Page 2

Very truly yours,

LINDQUIST & VENNUM LLP

s/  K. Jon Breyer

K. Jon Breyer

cc: Counsel of record (via ECF)