## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IMPACT SPORTS MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLAKE BARATZ and THE INSTITUTE FOR ATHLETES, LLC, <br><br> Defendants. | Case No. 0:16-cv-2187-PJS-FLN <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiff Impact Sports Management, Inc., ("ISM") and Defendants Blake Baratz ("Baratz") and The Institute For Athletes, LLC ("IFA"), have settled the above-captioned matter; and

IT IS HEREBY STIPULATED AND AGREED, by and between ISM, Baratz and IFA, through their respective counsel, that the above-captioned matter and all claims for relief asserted therein are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees, costs and other expenses.

**IT IS SO STIPULATED.**

Dated:  January 19, 2017 **WINTHROP & WEINSTINE, P.A.**


By: s/Aimée D. Dayhoff
  Aimée D. Dayhoff, #0319041

3500 Capella Tower
225 South Sixth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 604-6400
Fax: (612) 604-6800
adayhoff@winthrop.com

PETER R. GINSBERG LAW, LLC
Peter R. Ginsberg, *admitted pro hac vice*
80 Pine Street, 33rd Floor
New York, New York 10005

*Attorneys for Impact Sports Management*


Dated:  January 19, 2017 **LINDQUIST & VENNUM LLP**


By: s/ Jon Breyer
  K. Jon Breyer (#302259)

2000 IDS Center
80 S. 8th Street
Minneapolis, Minnesota 55402
Telephone:  (612) 371-3964
Fax: (612) 371-3207
jbreyer@lindquist.com

*Attorneys for Defendants*